# Exhibit A

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2023-05453 |

Illinois Department of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Mx) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Bryyanna Nelson | ███ | ███ |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| ███ | ███ | ███ |
| c/o Nathan Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 | | (employment@sulaimanlaw.com) |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Southpoint Nursing & Rehabilitation Center | 15+ | (773) 298-1177 |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| 240 Fencl Lane | Hillside, IL 60162 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

DISCRIMINATION BASED ON *(Check appropriate box(es))*

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☒ OTHER (Specify below) — Sexual Harassment

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09/2022  Latest: 12/2022
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I, Bryyanna Nelson (female) was hired at Southpoint Nursing & Rehabilitation Center as a dietitian on July, 17, 2022 until I was unlawfully terminated on or around December 3, 2022, on the basis of my sex (female) and for opposing sexual harassment.

The following is a non-exhaustive list of incidents of the sex discrimination, sexual harassment and retaliation I was subjected to:

On or around early September 2022 my Manager, Larry (last name unknown) began sexually harassing me. Larry told me and my coworker, "yall are my 2 chocolate girls" and "You give me anything I want, you get the schedule you want" He then said "favor for favor" while rubbing his penis. I reported the sexual harassment (quid pro quo) comments to Human Resources.

On another occasion Manager Larry told me, "Meet me in the locker room by the basement, theres no camera there. I can take care of your sexy self." He then offered to perform oral sex on me. With pure disgust and with extreme discomfort oh my manager's conduct, I immediately reported the comments to HR. Nothing was done and they still had her working with Larry. In other words, my employer failed to investigate my complaint and failed to take any remedial measures to free me from sexual harassment from my superior.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 02 / 10 / 2023    *Bryyanna Nelson*<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

Doc ID: 455cb2b48d431e3ec5927e881d63f9f7e7b3a758

Received EEOC CDO 4/6/2023

|  |  |  |
|---|---|---|
| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |

Illinois Department of Human Rights _____ and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was so uncomfortable and frightened by Larry's advances that she called her Union Rep crying. My union rep was shocked to hear the sexual harassment was ongoing. Union inquired about such remedial measures that were taken and again, no actual remedial measures were taken.

Due to my employer effectively enabling Manager Larry's behavior I was terrified to be alone with Larry, and I vocalized that many times. After several other complaints to my Administrator Darrel, I was just told to "just quit."

On or around October 2022, Larry touched the my butt. I reported it and once again, no action was taken against Larry and nothing was done to protect me.

On or about December 2, 22 Manager Larry was waiting outside the restroom for me. When I came out of the restroom he made the following comments:
---"You stay wearing those tight pants"
---"You're not going to be satisfied until im inside of you"

I reported it Darnell the administrator. Darnell told me to go back to work and he would "deal with it later." He did not. I reported Larry multiple times at this point I became so afraid to see him again that I feared for my safety and I called the police on him. Larry was charged for Battery Simple and arrested.

On or about December 3, 2022, I was terminated for engaging in protected activity and on the basis of my sex. I had no write ups or disciplinary actions

I was subjected to sexual harassment and sex discrimination to the point that I reported it to Human Resources ("HR"). HR not only ignored my complaints of sexual harassment but HR ultimately terminated my employment in retaliation for filing my complaint of sexual harassment.

Thus, I have been discriminated against on the basis of my sex (female) and subjected to sexual harassment and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended and (775ILCS 5/) Illinois Human Rights Act.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 02 / 10 / 2023          *Bryyanna Nelson*<br>Date           Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

Doc ID: 455cb2b48d431e3ec5927e881d63f9f7e7b3a758

Received EEOC CDO 4/6/2023

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA, or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.